

**Rebecca Wolozin**
*JustChildren*
*Attorney, Equal Justice Works Fellow*
Sponsored by The Morrison Foerster Foundation

October 23, 2017

Office of the Clerk
Federal District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Case No: 1:17-cv-01192 - Request to Issue Summons

Dear Clerk,

Legal Aid Justice Center represents the plaintiffs in the above captioned matter, *Vega Reyna et al. v. Hott et al.* (Case # 1:17-cv-01192). We respectfully request that the court issue the attached summons to respondents:

Russell Hott, Director, Immigration and Customs Enforcement Virginia Field Office

Thomas Holman, Acting Director, Immigration and Customs Enforcement

Elaine Duke, Acting Secretary, Department of Homeland Security

And as required by law, to:

Civil Process Clerk, United States Attorney's Office

Jefferson B. Sessions III, Attorney General, Department of Justice

Please do not hesitate to contact me with questions. Thank you.

Sincerely,

Rebecca Wolozin, Esq.

6066 Leesburg Pike, Suite 520, Falls Church, VA 22041 | www.justice4all.org
Phone: 703-720-5606 | Fax: 703-778-3454 | Toll-free 800-763-7323 | email: becky@justice4all.org