# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

| | |
|---|---|
| Vega Reyna et al.<br>*Plaintiff*<br>v.<br>Hott et al.<br>*Defendant* | )<br>)<br>) Case No. 1:17-cv-01192-LO-TCB<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs

Date: 10/30/2017

*Attorney's signature*

Simon Sandoval-Moshenberg, VA77110
*Printed name and bar number*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church, VA 22041

*Address*

simon@justice4all.org
*E-mail address*

(703) 720-5605
*Telephone number*

(703) 778-3454
*FAX number*