# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Vega Reyna et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-01192-LO-TCB |
| Hott et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 10/30/2017

*Attorney's signature*

Sophia Leticia Gregg, VA91582
*Printed name and bar number*

LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
*Address*

sophia@justice4all.org
*E-mail address*

(703) 720-5602
*Telephone number*

(703) 778-3454
*FAX number*