# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ARELI VEGA REYNA et al. ) | |
| ) | |
| *Plaintiffs* ) | |
| v. ) | Civ. No.: 1:17-cv-01192-LO-TCB |
| ) | |
| RUSSELL HOTT et al. ) | |
| ) | |
| *Defendants/Respondents*. ) | |
| _____) | |

## NOTICE OF WITHDRAWAWAL OF
## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs Areli Vega Reyna et al., by counsel, hereby move to withdraw their Motion for Temporary Restraining Order (ECF Docket No. 6), filed on October 20, 2017 along with their complaint in the above captioned matter. On the morning of October 21, 2017, Defendants agreed to temporarily refrain from transferring plaintiff Macario Diaz Morales out of Virginia, obviating the need for a court order preventing them from transferring him.

Respectfully submitted,

LEGAL AID JUSTICE CENTER


By: _____/s/ Rebecca Ruth Wolozin_____        Date: 10/30/2017
Rebecca Ruth Wolozin (VSB No: 89690)
Simon Sandoval-Moshenberg (VSB No.: 70110)
Angela Ciolfi (VSB No.: 65337)
Sophia Gregg (VSB No.: 91582)
6066 Leesburg Pike #520
Falls Church, Virginia 22041
(703) 778-3450 / Fax: (703) 778-3454
becky@justice4all.org
simon@justice4all.org
angela@justice4all.org
sophia@justice4all.org
*Counsel for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2017, Plaintiffs' Motion to Withdraw Motion for Temporary Restraining Order was uploaded to this court's CM/ECF system. In addition, a true and correct copy was on this date served by e-mail upon the following individuals:

>Dennis Barghaan
>U.S. Attorney's Office for the Eastern District of Virginia
>U.S. DEPARTMENT OF JUSTICE
>(DBarghaan@usa.doj.gov)
>
>Jeffrey Robbins
>Office of Immigration Litigation
>U.S. DEPARTMENT OF JUSTICE
>(Jeffrey.Robins@usdoj.gov)

>Respectfully submitted,
>
>Rebecca R. Wolozin, VSB No. 89690
>(becky@justice4all.org)
>LEGAL AID JUSTICE CENTER
>6066 Leesburg Pike, Suite 520
>Falls Church, VA 220041
>(703) 720-5606
>
>By: ___/s/ Rebecca R. Wolozin_____
>Attorneys for Plaintiffs