# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Areli Vega Reyna as next friend of J.F.G., K.G., et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:17-cv-01192-LO-TCB |
| Russell Hott, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Areli Vega Reyna as next friend of J.F.G., K.G., J.D.V., J.D.V., & Macario Diaz Morales .

Date: 10/30/2017

/s/ Angela A. Ciolfi
*Attorney's signature*

Angela Adair Ciolfi, VSB No. 65337
*Printed name and bar number*

1000 Preston Ave., Suite A
Charlottesville, VA  22903

*Address*

angela@justice4all.org
*E-mail address*

(434) 529-1810
*Telephone number*

(434) 977-0558
*FAX number*