**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ARELI VEGA REYNA et al.** ) | |
| ) | |
| *Plaintiffs* ) | |
| v. ) | Civ. No.: 1:17-cv-01192-LO-TCB |
| ) | |
| **RUSSELL HOTT et al.** ) | |
| ) | |
| *Defendants/Respondents*. ) | |
| ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on February 2, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiffs' Motion for Class Certification.

Respectfully submitted,

/s/ Rebecca Ruth Wolozin                                    Dated: November 3, 2017
Rebecca Ruth Wolozin (VSB No: 89690)
Simon Sandoval-Moshenberg (VSB No.: 70110)
Angela Ciolfi (VSB No.: 65337)
Sophia Gregg (VSB No.: 91582)
6066 Leesburg Pike #520
Falls Church, Virginia 22041
(703) 778-3450 / Fax: (703) 778-3454
becky@justice4all.org
simon@justice4all.org
angela@justice4all.org
sophia@justice4all.org

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2017, Plaintiffs' Notice of Hearing on plaintiff's Motion for Class Certification was uploaded to this court's CM/ECF system. A true and correct copy was on this date served by e-mail upon the following individuals:

        Dennis Barghaan
        U.S. Attorney's Office for the Eastern District of Virginia
        U.S. DEPARTMENT OF JUSTICE
        (DBarghaan@usa.doj.gov)

        Jeffrey Robbins
        Office of Immigration Litigation
        U.S. DEPARTMENT OF JUSTICE
        (Jeffrey.Robins@usdoj.gov)

        Respectfully submitted,

        Rebecca R. Wolozin, VSB No. 89690
        (becky@justice4all.org)
        LEGAL AID JUSTICE CENTER
        6066 Leesburg Pike, Suite 520
        Falls Church, VA 220041
        (703) 720-5606

        By:   /s/ Rebecca R. Wolozin_____
        Attorney for Plaintiffs