# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia

J.F.G. et. al.

    Plaintiff(s),

vs.

R. Hott, et. al.

    Defendant(s).

Attorney: Rebecca R. Wolozin, Esq.

Legal Aid Justice Center
6066 Leesburg Pike, #520
Falls Church VA 22041



*222483*

**Case Number: 1:17-cv-01192 (LO/TCB)**

Legal documents received by Same Day Process Service, Inc. on 11/14/2017 at 10:37 AM to be served upon **Elaine Duke, Acting Secretary of United States Department of Homeland Security**, at **3801 Nebraska Ave., NW, Washington, DC, 20016**

I, Alexandra Sawicki, swear and affirm that on **November 14, 2017 at 2:20 PM**, I did the following:

Served **Elaine Duke, Acting Secretary of United States Department of Homeland Security**, a government agency by delivering a conformed copy of this **Summons; Civil Cover Sheet; Class Action Complaint for Declaratory and Injunctive Relief and Petition for a Writ of Habeas Corpus; Petitioner's Emergency Application for a Temporary Restraining Order; Notice of Withdrawal of Motion for Temporary Restraining Order; Plaintiff's Motion for Class Certification; Proposed Order Granting Plaintiff's Motion for Class Certification; Memorandum of Law in Support of Plaintiff's Motion for Class Certification; Exhibits** to **Sarah Ahn** as **Attorney Advisor & Authorized Agent** at **3801 Nebraska Ave., NW , Washington, DC 20016** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5'2 Weight: 130 Skin Color: Asian Hair Color: black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Alexandra Sawicki
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:222483

District of Columbia: SS
Subscribed and Sworn to before me
this 15 day of November, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

J.F.G. et. al.

    Plaintiff(s),

vs.

R. Hott, et. al.

    Defendant(s).

Attorney: Rebecca R. Wolozin, Esq.

Legal Aid Justice Center
6066 Leesburg Pike, #520
Falls Church VA 22041



*222485*

**Case Number: 1:17-cv-01192 (LO/TCB)**

Legal documents received by Same Day Process Service, Inc. on **11/14/2017** at **10:45 AM** to be served upon **Thomas Homan, Acting Director of the Department of Homeland Security, at 3801 Nebraska Ave., NW, Washington, DC, 20016**

I, Alexandra Sawicki, swear and affirm that on **November 14, 2017 at 2:20 PM**, I did the following:

Served **Thomas Homan, Acting Director of the Department of Homeland Security**, a government agency by delivering a conformed copy of this Summons; Civil Cover Sheet; Class Action Complaint for Declaratory and Injunctive Relief and Petition for a Writ of Habeas Corpus; Petitioner's Emergency Application for a Temporary Restraining Order; Notice of Withdrawal of Motion for Temporary Restraining Order; Plaintiff's Motion for Class Certification; Proposed Order Granting Plaintiff's Motion for Class Certification; Memorandum of Law in Support of Plaintiff's Motion for Class Certification; Exhibits to Sarah Ahn as Attorney Advisor & Authorized Agent at 3801 Nebraska Ave., NW, Washington, DC 20016 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Asian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Alexandra Sawicki**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:222485



District of Columbia: SS
Subscribed and Sworn to before me

this _15_ day of _November_, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

J.F.G. et. al.

    Plaintiff(s),

VS.

R. Hott, et. al.

    Defendant(s).

Attorney: Rebecca R. Wolozin, Esq.

Legal Aid Justice Center
6066 Leesburg Pike, #520
Falls Church VA 22041



*222487*

**Case Number: 1:17-cv-01192 (LO/TCB)**

Legal documents received by Same Day Process Service, Inc. on **11/14/2017** at **10:54 AM** to be served upon **Russell Hott, Director of Immigration and Customs Enforcement Virginia Field Office, at 3801 Nebraska Ave., NW, Washington, DC, 20016**

I, **Alexandra Sawicki**, swear and affirm that on **November 14, 2017** at **2:20 PM**, I did the following:

Served **Russell Hott, Director of Immigration and Customs Enforcement Virginia Field Office, a government agency** by delivering a conformed copy of this **Summons; Civil Cover Sheet; Class Action Complaint for Declaratory and Injunctive Relief and Petition for a Writ of Habeas Corpus; Petitioner's Emergency Application for a Temporary Restraining Order; Notice of Withdrawal of Motion for Temporary Restraining Order; Plaintiff's Motion for Class Certification; Proposed Order Granting Plaintiff's Motion for Class Certification; Memorandum of Law in Support of Plaintiff's Motion for Class Certification; Exhibits** to **Sarah Ahn** as **Attorney Advisor & Authorized Agent** at **3801 Nebraska Ave., NW , Washington, DC 20016** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Asian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Alexandra Sawicki
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:222487

District of Columbia: SS
Subscribed and Sworn to before me this 14 day of November, 2017

Tyler Walker, Notary Public, D.C.
My Commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

J.F.G. et. al.

    Plaintiff(s),

vs.

R. Hott, et. al.

    Defendant(s).

Attorney: Rebecca R. Wolozin, Esq.

Legal Aid Justice Center
6066 Leesburg Pike, #520
Falls Church VA 22041



*222486*

**Case Number: 1:17-cv-01192 (LO/TCB)**

Legal documents received by Same Day Process Service, Inc. on **11/14/2017** at **10:48 AM** to be served upon **Civil Process Clerk, US Attorney's Office, Eastern District of Virginia, Alexandria Division, at 2100 Jamieson Avenue, Alexandria, VA, 22314**

I, **Alexandra Sawicki**, swear and affirm that on **November 15, 2017** at **3:55 PM**, I did the following:

Served **Civil Process Clerk, US Attorney's Office, Eastern District of Virginia, Alexandria Division**, a government agency by delivering a conformed copy of this **Summons; Civil Cover Sheet; Class Action Complaint for Declaratory and Injunctive Relief and Petition for a Writ of Habeas Corpus; Petitioner's Emergency Application for a Temporary Restraining Order; Notice of Withdrawal of Motion for Temporary Restraining Order; Plaintiff's Motion for Class Certification; Proposed Order Granting Plaintiff's Motion for Class Certification; Memorandum of Law in Support of Plaintiff's Motion for Class Certification; Exhibits** to **Trina Redmond** as **Paralegal Specialist & Authorized Agent** at **2100 Jamieson Avenue , Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 28 Height: 5'9 Weight: 210 Skin Color: African-American Hair Color: black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Alexandra Sawicki**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:222486

District of Columbia: SS
Subscribed and Sworn to before me
this _16_ day of _November_, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

J.F.G. et. al.

    Plaintiff(s),

vs.

R. Hott, et. al.

    Defendant(s).

Attorney: Rebecca R. Wolozin, Esq.

Legal Aid Justice Center
6066 Leesburg Pike, #520
Falls Church VA 22041


*222484*

**Case Number: 1:17-cv-01192 (LO/TCB)**

Legal documents received by Same Day Process Service, Inc. on **11/14/2017** at **10:40 AM** to be served upon **Jefferson B. Sessions, III, Attorney General of the United States**, at 950 Pennsylvania Ave. NW, Washington, DC, 20530

I, **Andre Howard**, swear and affirm that on **November 14, 2017** at **2:50 PM**, I did the following:

Served **Jefferson B. Sessions, III, Attorney General of the United States, a government agency** by delivering a conformed copy of this **Summons; Civil Cover Sheet; Class Action Complaint for Declaratory and Injunctive Relief and Petition for a Writ of Habeas Corpus; Petitioner's Emergency Application for a Temporary Restraining Order; Notice of Withdrawal of Motion for Temporary Restraining Order; Plaintiff's Motion for Class Certification; Proposed Order Granting Plaintiff's Motion for Class Certification; Memorandum of Law in Support of Plaintiff's Motion for Class Certification; Exhibits** to **Desiree Brown as Mail Clerk & Authorized Agent** at 950 Pennsylvania Ave. NW , Washington, DC 20530 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5'6 Weight: 180 Skin Color: African-American Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Andre Howard**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:222484

District of Columbia: SS
Subscribed and Sworn to before me
this _15_ day of _November_, _2017_

_____
Tyler Walker Notary Public, D.C.
My Commission Expires 2/14/2021

