

# LEGAL AID
# JUSTICE CENTER

**Rebecca Wolozin**
*JustChildren*
*Attorney, Equal Justice Works Fellow*
*Sponsored by The Morrison Foerster Foundation*

November 22, 2017

Clerk of the Court
United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314



Re: Vega Reyna et al. v. Hott et al. - Case No. 1:17-cv-01192 (LO/TCB)

Dear Clerk of Court,

Please find enclosed affidavits of process server for service upon all defendants in the above-captioned case.

Please do not hesitate to call with any questions. Thank you!

Sincerely,

Rebecca R. Wolozin