AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| ARELI VEGA REYNA, et al., )<br>*Plaintiffs* )<br>v. )<br>RUSSELL HOTT, et al., )<br>*Defendants* ) | Case No. 1:17-cv-1192-LO-TCB |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants                                                                                      .

Date: 11/29/2017                                    /s/ Hans H. Chen
*Attorney's signature*

HANS H. CHEN, VSB No. 75691
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868
Washington, DC 20044
*Address*

hans.h.chen@usdoj.gov
*E-mail address*

(202) 307-4469
*Telephone number*

(202) 305-7000
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I will file the foregoing document with the Clerk of Court through the Court's ECF system, which will then send a notification of electronic filing to counsel for all parties.

Dated: November 29, 2017

*/s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section

ATTORNEY FOR DEFENDANTS