IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ARELI VEGA REYNA**, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | CASE NO. 1:17-CV-1192-LO-TCB |
| | * | |
| v. | * | |
| | * | |
| **RUSSELL HOTT**, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and E.D. Va. R. 7(F), Defendants Russell Hott, et al., move to dismiss the Amended Complaint of Plaintiffs Areli Vega Reyna, et al. The reasons for granting this Motion are elaborated in the contemporaneously filed memorandum of law.

Dated: November 29, 2017					Respectfully submitted,

							CHAD A. READLER
							Principal Deputy Assistant Attorney General
							U.S. Department of Justice, Civil Division

							DANA J. BOENTE
							United States Attorney

							WILLIAM C. PEACHEY
							Director
							Office of Immigration Ligation
							District Court Section

							JEFFREY S. ROBINS
							Assistant Director

							*/s/ Hans H. Chen*
							HANS H. CHEN
							Senior Litigation Counsel
							JULIAN M. KURZ
							Trial Attorney
							U.S. Department of Justice, Civil Division
							Office of Immigration Litigation
							District Court Section
							P.O. Box 868, Washington, DC 20044
							Telephone: (202) 305-4469
							Fax: (202) 305-7000
							hans.h.chen@usdoj.gov

							DENNIS C. BARGHAAN, JR.
							Deputy Chief, Civil Division
							Assistant U.S. Attorney
							2100 Jamieson Avenue
							Alexandria, Virginia 22314
							Telephone: (703) 299-3891
							Fax: (703) 299-3983
							dennis.barghaan@usdoj.gov

							ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I will file the foregoing document with the Clerk of Court through the Court's ECF system, which will then send a notification of electronic filing to counsel for all parties.

Dated: November 29, 2017    */s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section

ATTORNEY FOR DEFENDANTS