IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ARELI VEGA REYNA,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | CASE NO. 1:17-CV-1192-LO-TCB |
| | * | |
| v. | * | |
| | * | |
| **RUSSELL HOTT,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## MOTION TO EXTEND RESPONSE DEADLINE

Defendants Russell Hott, et al., pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7, move the Court to extend the deadline to respond to Plaintiffs' Motion for Class Certification (ECF No. 8) until fourteen days after the Court resolves Defendants' Motion to Dismiss that Defendants have filed contemporaneously with this Motion. The reasons for granting this Motion are elaborated in the contemporaneously filed memorandum of law.

| | |
|---|---|
| Dated: November 29, 2017 | Respectfully submitted,<br><br>CHAD A. READLER<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br><br>DANA J. BOENTE<br>United States Attorney<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Ligation<br>District Court Section<br><br>JEFFREY S. ROBINS<br>Assistant Director<br><br>*/s/ Hans H. Chen*<br>HANS H. CHEN<br>Senior Litigation Counsel<br>JULIAN M. KURZ<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Washington, DC 20044<br>Telephone: (202) 305-4469<br>Fax: (202) 305-7000<br>hans.h.chen@usdoj.gov<br><br>DENNIS C. BARGHAAN, JR.<br>Deputy Chief, Civil Division<br>Assistant U.S. Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Telephone: (703) 299-3891<br>Fax: (703) 299-3983<br>dennis.barghaan@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANTS |

# CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2017, I will file the foregoing document with the Clerk of Court through the Court's ECF system, which will then send a notification of electronic filing to counsel for all parties.

Dated: November 29, 2017                */s/ Hans H. Chen*
                                            HANS H. CHEN
                                            Senior Litigation Counsel
                                            U.S. Department of Justice, Civil Division
                                            Office of Immigration Litigation
                                            District Court Section

                                            ATTORNEY FOR DEFENDANTS