**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ARELI VEGA REYNA,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | **CASE NO. 1:17-CV-1192-LO-TCB** |
| | * | |
| v. | * | |
| | * | |
| **RUSSELL HOTT,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## [proposed] ORDER

This matter comes before the Court on Defendants' Motion to Extend Response Deadline, memoranda in support thereof, any opposition thereto, and any argument on the motion.

IT IS HEREBY ORDERED that for good cause shown, the Motion to Extend Response Deadline is granted, and

IT IS HEREBY FURTHER ORDERED that Defendants' deadline to respond to Plaintiffs' Motion for Class Certification (ECF No. 8) is stayed until fourteen days after the entry of an order resolving Defendants' Motion to Dismiss with Prejudice.

IT IS SO ORDERED.

Dated: _____ _____
                                                                                                            HON. LIAM O'GRADY
                                                                                                            United States District Judge