IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| ARELI VEGA REYNA, *et al.*, | * | |
| --- | --- | --- |
| | * | |
| Plaintiffs, | * | CASE NO. 1:17-CV-1192-LO-TCB |
| | * | |
| v. | * | |
| | * | |
| RUSSELL HOTT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## NOTICE OF WAIVER OF HEARING

PLEASE TAKE NOTICE that Defendants Russell Hott, et al., waive hearing of their Motion to Extend Response Deadline to Plaintiffs' Motion for Class Certification.

Dated: November 29, 2017				Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

DANA J. BOENTE
United States Attorney

WILLIAM C. PEACHEY
Director
Office of Immigration Ligation
District Court Section

JEFFREY S. ROBINS
Assistant Director

*/s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 305-4469
Fax: (202) 305-7000
hans.h.chen@usdoj.gov

DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
dennis.barghaan@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I will file the foregoing document with the Clerk of Court through the Court's ECF system, which will then send a notification of electronic filing to counsel for all parties.

Dated: November 29, 2017

*/s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section

ATTORNEY FOR DEFENDANTS