# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Areli Vega Reyna et al.  ) | |
| *Plaintiff*  ) | |
| v.  ) | Case No. 1:17-cv-1192-LO-TCB |
| Russell Hott et al.  ) | |
| *Defendant*  ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                       .

Date:   12/04/2017

/s/ Nicholas Cooper Marritz
*Attorney's signature*

Nicholas Cooper Marritz (Va. Bar No. 89795)
*Printed name and bar number*
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

*Address*

nicholas@justice4all.org
*E-mail address*

(703) 778-3450
*Telephone number*

(703) 778-3454
*FAX number*