# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **ARELI VEGA REYNA et al.** ) | |
| ) | |
| *Plaintiffs* ) | |
| v. ) | Civ. No.: 1:17-cv-01192-LO-TCB |
| ) | |
| **RUSSELL HOTT et al.** ) | |
| ) | |
| *Defendants/Respondents*. ) | |
| ) | |

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiffs and Defendants, through counsel, respectfully request that the court order the following briefing schedule in the above-captioned case. The parties further request that the hearing scheduled by the Court for January 5, 2018 be continued until January 12, 2018. Therefore the parties jointly request the following briefing schedule to accommodate the accelerated proceedings in this case, the upcoming holidays, and attorney travel.

- Plaintiffs' response in opposition to Defendants' Motion to Dismiss (ECF No. 15, filed on November 29, 2017) is due by: December 20, 2017
- Defendants reply to the Motion to Dismiss is due by: January 3, 2018
- Arguments on the Motion to Dismiss to be heard on: January 12, 2018

Respectfully submitted,

    LEGAL AID JUSTICE CENTER

    By: _____/s/ Rebecca Ruth Wolozin_____        Date: 12/4/2017
    Rebecca Ruth Wolozin (VSB No: 89690)
    Simon Sandoval-Moshenberg (VSB No.: 70110)
    Angela Ciolfi (VSB No.: 65337)

Sophia Gregg (VSB No.: 91582)
Nicholas C. Marritz (VSB No.: 89795)
6066 Leesburg Pike #520
Falls Church, Virginia 22041
(703) 778-3450 / Fax: (703) 778-3454
becky@justice4all.org
simon@justice4all.org
angela@justice4all.org
sophia@justice4all.org
nicholas@justice4all.org
*Counsel for the Plaintiffs*


By: _____/s/ Hans. H. Chen_____
Hans H. Chen
Julian M. Kurz
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 305-4469
Fax: (202) 305-7000
Hans.h.chen@usdoj.gov

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Dennis.barghaan@usdoj.gov
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2017, the Parties' Joint Motion for Briefing Schedule was uploaded to this court's CM/ECF system. A true and correct copy will be served upon each defendant along with the summons and complaint in this action. In addition, a true and correct copy was on this date served by e-mail upon the following individuals:

> Hans. H. Chen
> Julian M. Kurz
> Office of Immigration Litigation
> U.S. DEPARTMENT OF JUSTICE
> (Hans.H.Chen@usdoj.gov)
> (Julian.M.Kurz@usdoj.gov)
>
>
> Dennis Barghaan
> U.S. Attorney's Office for the Eastern District of Virginia
> U.S. DEPARTMENT OF JUSTICE
> (DBarghaan@usa.doj.gov)

> Respectfully submitted,
>
> Rebecca R. Wolozin, VSB No. 89690
> (becky@justice4all.org)
> LEGAL AID JUSTICE CENTER
> 6066 Leesburg Pike, Suite 520
> Falls Church, VA 220041
> (703) 720-5606
>
> By: ___/s/ Rebecca R. Wolozin_____
> Attorneys for Plaintiffs