**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ARELI VEGA REYNA et al.** ) | |
| ) | |
| *Plaintiffs* ) | |
| v. ) | Civ. No.: 1:17-cv-01192-LO-TCB |
| ) | |
| **RUSSELL HOTT et al.** ) | |
| ) | |
| *Defendants/Respondents*. ) | |
| ) | |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that the Parties waive hearing of their Joint Motion for Briefing Schedule.

Dated: December 4, 2017    Respectfully Submitted,

LEGAL AID JUSTICE CENTER

By: _____/s/ Rebecca Ruth Wolozin_____

Rebecca Ruth Wolozin (VSB No: 89690)
Simon Sandoval-Moshenberg (VSB No.: 70110)
Angela Ciolfi (VSB No.: 65337)
Sophia Gregg (VSB No.: 91582)
Nicholas C. Marritz (VSB No.: 89795)
6066 Leesburg Pike #520
Falls Church, Virginia 22041
(703) 778-3450 / Fax: (703) 778-3454
becky@justice4all.org
simon@justice4all.org
angela@justice4all.org
sophia@justice4all.org
nicholas@justice4all.org
*Counsel for the Plaintiffs*

By: _____/s/ Hans H. Chen_____
Hans H. Chen
Julian M. Kurz
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 305-4469
Fax: (202) 305-7000
Hans.h.chen@usdoj.gov

Dennis C. Barghaan, Jr.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Dennis.barghaan@usdoj.gov
*Attorneys for Defendants*