IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARELI VEGA REYNA et al. ) | |
| ) | |
| *Plaintiffs* ) | |
| v. ) | Civ. No.: 1:17-cv-01192-LO-TCB |
| ) | |
| RUSSELL HOTT et al. ) | |
| ) | |
| *Defendants/Respondents.* ) | |

## ORDER

It is hereby ORDERED that the briefing schedule be amended as follows:

- Plaintiffs' response in opposition to Defendants' Motion to Dismiss (ECF No. 15) is due by: December 20, 2017

- Defendants reply to the Motion to Dismiss is due by: January 3, 2018

- Arguments on the Motion to Dismiss to be heard on: January 12, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Dated: 12/5/17

UNITED STATES MAGISTRATE JUDGE