# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ARELI VEGA REYNA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17-cv-1192 (LO/TCB) |
| ) | |
| RUSSELL HOTT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rebecca S. Levenson, Assistant United States Attorney, hereby respectfully appears as additional counsel on behalf of Defendants, in their official capacities, in the above-captioned action.

Date: January 11, 2018

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
REBECCA S. LEVENSON
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3760
Fax:          (703) 299-3983
Email:  rebecca.s.levenson@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to counsel for all parties.

<u>Date</u>: January 11, 2018

                                                  By: _____/s/_____
                                                      REBECCA S. LEVENSON
                                                      Assistant U.S. Attorney
                                                      2100 Jamieson Avenue
                                                      Alexandria, Virginia 22314
                                                      Telephone: (703) 299-3760
                                                      Fax:       (703) 299-3983
                                                      Email: rebecca.s.levenson@usdoj.gov

                                                      *Counsel for Defendants*