# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **ARELI VEGA REYNA, et al.** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **RUSSELL HOTT, et al.** | | Case No. 1:17CV1192 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 1:34 p.m. |
| Proceeding Held: January 12, 2018 | Hearing Ended: | 2:11 p.m. |
| | | |

**Appearances:**

| **Plaintiff(s):** | Rebecca Wolozin, Simon Sandoval-Moshenberg, Angela Ciolfi |
|---|---|
| | |
| **Defendant(s):** | Rebecca Levenson, Hans Chen |

[15] Defendant's Motion to Dismiss

- Mr. Chen presents argument.
- Ms. Wolozin presents argument.
- Mr. Chen replies.
- Court takes matter under advisement.