IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARELI VEGA REYNA, *et. al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 1:17-cv-1192<br>) (LO/tcb) |
| RUSSELL HOTT, *et. al.* | )<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION OF ADONNIS T. SMITH, ASSISTANT FIELD OFFICE DIRECTOR

Pursuant to 28 U.S.C. § 1746, I, Adonnis T. Smith, hereby declare and state as follows:

1. I am and have been employed with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") since 2008. In April 2015, I was promoted to Assistant Field Office Director for the Washington, D.C. Field Office. The area of responsibility ("AOR") for the Washington, D.C. Field Office consists of the District of Columbia and Virginia.

2. During the course of my federal service, I have held the positions of Border Patrol Agent / Lead Border Patrol Agent (Intel) / Supervisory Border Patrol Agent / Supervisory Detention & Deportation Officer / Detention and Deportation Officer / Section Chief / Assistant Field Office Director. My experience as an immigration officer includes planning, directing, managing, and coordinating operational functions related to the apprehension, transportation, and detention of aliens ordered removed, the execution of

final orders of removal, and liaison with departmental, interagency, and community partners regarding ERO matters.

3. As the Assistant Field Office Director, I assist the Field Office Director ("FOD"), who is responsible for the management and direction of all ERO activities and law enforcement operations within the Washington D.C. Field Office's AOR. I am charged with responsibility for managing all Command Center functions and field operations.

4. The following declaration is based my own personal knowledge and observations during the course of my official duties, as well as my review of information available to me in my official capacity.

5. As a matter of practice, the Washington D.C. Field Office does not redetain aliens who have been released on bond set by an immigration judge unless there is a material change in circumstances. Such a change in circumstances can include, but is not limited to, an alien charged with a new criminal offense, the failure to comply with a condition of release, or the issuance of an order of removal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge, and belief.

Adonnis T. Smith, Assistant Field Office Director
U.S. Immigration and Customs Enforcement
Date: