## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ARELI VEGA REYNA,** *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | **CASE NO. 1:17-CV-1192-LO-TCB** |
| | * | |
| **v.** | * | |
| | * | |
| **RUSSELL HOTT,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## AMENDED MOTION FOR LEAVE TO FILE DECLARATION

Pursuant to E.D. Va. R. 7(F)(1), Defendants Russell Hott, et al. ("Defendants") move for leave to file the attached declaration of Adonnis T. Smith. The reasons for granting this Motion are elaborated in the contemporaneously filed memorandum of law.

Following a telephonic meet and confer between counsel for the parties on February 5, 2017, counsel for Plaintiffs indicated that they oppose this motion.

Dated: February 6, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
U.S. Department of Justice, Civil Division

DANA J. BOENTE
United States Attorney

WILLIAM C. PEACHEY
Director
Office of Immigration Ligation
District Court Section

JEFFREY S. ROBINS
Assistant Director

*/s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel

JULIAN M. KURZ
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 305-4469
Fax: (202) 305-7000
hans.h.chen@usdoj.gov

DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
dennis.barghaan@usdoj.gov

ATTORNEYS FOR DEFENDANTS

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 6, 2018, I will file the foregoing document with the Clerk of Court through the Court's ECF system, which will then send a notification of electronic filing to counsel for all parties.

Dated: February 6, 2018

*/s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section

ATTORNEY FOR DEFENDANTS