IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARELI VEGA REYNA et al. ) <br> ) <br> *Plaintiffs* ) <br> v. ) <br> ) <br> RUSSELL HOTT et al. ) <br> ) <br> *Defendants/Respondents*. ) <br> ) | Civ. No.: 1:17-cv-01192-LO-TCB |

## NOTICE OF APPEAL

Notice is hereby given that Areli Vega Rena, as next friend of minors J.F.G., K.G., J.D.V., and J.D.V.; Macario Diaz Morales; Karen Vitela, as next friend of minor M.V.R.C.; Adela Mejia, as next friend of minor K.D.R.M.; and Humberto Ramos Raygoza, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit, on behalf of themselves and all others similarly situated, from the Order entered in this action on March 20, 2018 granting Defendants' Motion to Dismiss (ECF No. 37); and from the Order entered in this action on December 6, 2017, granting Defendants' Motion to stay the deadline to respond to Plaintiffs' Motion for Class Certification (ECF No. 8) until 14 days after the entry of an order resolving Defendants' Motion to Dismiss. (ECF No. 26).

DATED this 17th day of April, 2018    By:

          */s/Rebecca Wolozin*
LEGAL AID JUSTICE CENTER
Rebecca Ruth Wolozin (VSB No: 89690)
Simon Sandoval-Moshenberg (VSB No.: 70110)
Angela Ciolfi (VSB No.: 65337)
Sophia Gregg (VSB No.: 91582)
6066 Leesburg Pike #520
Falls Church, Virginia 22041
(703) 778-3450 / Fax: (703) 778-3454
becky@justice4all.org
simon@justice4all.org
angela@justice4all.org
sophia@justice4all.org

CAPITAL ONE
Nicholas R. Klaiber (VSB No. 80563)
15000 Capital One Drive
Richmond, Virginia, 23238
(804) 305-2076 (T)
804-548-7206 (F)
Nicholas.Klaiber@capitalone.com
*Counsel for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2018, I filed the foregoing document electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

    Hans. H. Chen
    Julian M. Kurz
    Jeffrey Robbins
    Office of Immigration Litigation
    U.S. DEPARTMENT OF JUSTICE
    (Hans.H.Chen@usdoj.gov)
    (Julian.M.Kurz@usdoj.gov)
    (Jeffrey.Robbins@usdoj.gov)


    Dennis Barghaan
    U.S. Attorney's Office for the Eastern District of Virginia
    U.S. DEPARTMENT OF JUSTICE
    (DBarghaan@usa.doj.gov)


    ___/s/Rebecca Wolozin_____
    LEGAL AID JUSTICE CENTER
    Rebecca R. Wolozin, VSB No. 89690
    (becky@justice4all.org)

    6066 Leesburg Pike, Suite 520
    Falls Church, VA 220041
    Phone: (703) 720-5606
    Fax: (703-778-3454

    *Counsel for Plaintiffs*