FILED: May 4, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1503
(1:17-cv-01192-LO-TCB)

_____

ARELI VEGA REYNA, as next friend of J.F.G., K.G., J.D.V. and J.D.V. all minor children; MACARIO DIAZ MORALES; KAREN VITELA; HUMBERTO RAMOS RAYGOZA; ADELA MEJIA

        Plaintiffs - Appellants

v.

RUSSELL HOTT, in his official capacity as Director of the Immigration and Customes Enforcement Virginia Field Office; THOMAS HOMAN, in his official capacity as Acting Director of the Department of Homeland Security; ELAINE C. DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security

        Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:17-cv-01192-LO-TCB |
| Date notice of appeal filed in originating court: | 04/17/2018 |
| Appellant (s) | Areli Vega Reyna |
| Appellate Case Number | 18-1503 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |